IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENO B. POWERS, # K-59753, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 12-cv-1167-MJR |
| | ) |
| JOHN DOE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court for purposes of case management. Plaintiff, a former inmate of the Illinois Department of Corrections, filed this civil rights action under 42 U.S.C. § 1983 on November 6, 2012 (Doc. 1), alleging that he was subject to unconstitutional conditions of confinement while he was a prisoner. The case was transferred from the Central District of Illinois to this Court on November 7, 2012. By letter dated November 9, 2012 (Doc. 3), the Clerk of Court instructed Plaintiff that he must either pay the $350 filing fee for this action or file a motion for leave to proceed *in forma pauperis* ("IFP") within 30 days, or the case would be dismissed. That 30 days has now expired, and Plaintiff has failed to respond.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** for failure to prosecute. *See* FED. R. CIV. P. 41(b). The dismissal is without prejudice to Plaintiff refiling his complaint, either fully prepaid or accompanied by a proper motion for leave to proceed IFP.

Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350 in this case remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). The Clerk is

**DIRECTED** to close this case.

        **IT IS SO ORDERED.**

        **DATED: December 19, 2012**

                                    s/ MICHAEL J. REAGAN
                                    United States District Judge